**No. 10-5073. Christopher Everson, Petitioner v. Brian K. Murphy, Commissioner, Connecticut Department of Correction, et al.**

562 U.S. 902, 131 S. Ct. 237, 178 L. Ed. 2d 158, 2010 U.S. LEXIS 6209, ▮

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-5074. Kwaheri M. Rowland, Petitioner v. Anthony A. Lamarque, Warden.**

562 U.S. 902, 131 S. Ct. 237, 178 L. Ed. 2d 158, 2010 U.S. LEXIS 6024.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5075. Michael Paul Harbst, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 902, 131 S. Ct. 237, 178 L. Ed. 2d 158, 2010 U.S. LEXIS 6097.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-5076. Jason P. Gold, Petitioner v. Linda Schuette.**

562 U.S. 902, 131 S. Ct. 237, 178 L. Ed. 2d 158, 2010 U.S. LEXIS 6393.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5077. Anthony Honeycutt, Petitioner v. United States.**

562 U.S. 902, 131 S. Ct. 238, 178 L. Ed. 2d 158, 2010 U.S. LEXIS 6734.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-5079. Alan E. Gurski, Petitioner v. T. C. Outlaw, Warden.**

562 U.S. 902, 131 S. Ct. 238, 178 L. Ed. 2d 158, 2010 U.S. LEXIS 6401.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 358 Fed. Appx. 770.

**No. 10-5080. Martin Benz Garcia, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 902, 131 S. Ct. 238, 178 L. Ed. 2d 158, 2010 U.S. LEXIS 6160.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-5081. Gwendolyn M. Hemphill, Petitioner v. United States.**

562 U.S. 902, 131 S. Ct. 238, 178 L. Ed. 2d 158, 2010 U.S. LEXIS 6147.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.